UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS GENE MAYBERRY,<br><br>              Petitioner,<br>vs.<br><br>LINDA SANDERS, WARDEN,<br><br>              Respondent. | Case No. CV 08-4192-GW(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the action is DISMISSED for lack of jurisdiction.

DATE: October 14, 2008

                                              GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-4192.jud
7/16/08